**DISMISS; and Opinion Filed April 4, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00095-CV

### RENNIE OGINNI AND LOLISHA ALIU, Appellants
### V.
### DONALD C. CLAMPITT AND CULLUM EDWARD CLAMPITT, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-08393**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Schenck, and Justice Pedersen, III
Opinion by Justice Schenck

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated January 23, 2019, we notified appellants the $205 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. Also by postcard dated January 23, 2019, we informed appellants the docketing statement in this case was due. We cautioned appellants that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated March 5, 2019, we informed appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellants had been found entitled to proceed without payment of costs within ten

days. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, appellants have not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

190095F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RENNIE OGINNI AND LOLISHA ALIU,
Appellants

No. 05-19-00095-CV     V.

DONALD C. CLAMPITT AND CULLUM
EDWARD CLAMPITT, Appellees

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-08393.
Opinion delivered by Justice Schenck.
Chief Justice Burns and Justice Pedersen,
III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees DONALD C. CLAMPITT AND CULLUM EDWARD
CLAMPITT recover their costs of this appeal from appellants RENNIE OGINNI AND
LOLISHA ALIU.

Judgment entered this 4th day of April, 2019.